**Dismissed and Memorandum Opinion filed January 25, 2022.**



In The

# Fourteenth Court of Appeals

## NO. 14-21-00579-CR

### JUSTIN GERALD FREDRICHSEN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 13-DCR-063375**

## MEMORANDUM OPINION

Appellant was convicted of deadly conduct. *See* Tex. Penal Code Ann. § 22.05(b). Subsequently, the trial court granted appellant's motion for new trial.

Generally, we only have jurisdiction to consider an appeal by a criminal defendant when there has been a final judgment of conviction. *See Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App. – Fort Worth 1996, no pet.). Because appellant has been granted a new trial, there is no final conviction to appeal.

Accordingly, we dismiss the appeal for want of jurisdiction.


PER CURIAM


Panel consists of Wise, Spain, and Hassan.
Do Not Publish — Tex. R. App. P. 47.2(b)